## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                       )
        v.               )    Mag. Judge Case No. **10-256 JCB**
                       )
"Defendant #4"         )
a/k/a Donald Howard Heathfield  )

### AFFIDAVIT IN SUPPORT OF ARREST

I, Marco Trevino, Special Agent, Federal Bureau of Investigation, do hereby make oath before the Honorable Jennifer C. Boal, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one "Defendant #4" a/k/a Donald Howard Heathfield on a criminal complaint issued by the United States District Court for the Southern District of New York on June 25, 2010, charging the defendant with conspiracy to act as an unregistered agent of a foreign government in violation of 18 U.S.C. §§371 and 951, and conspiracy to commit money laundering in violation of 18 U.S.C. §§1956(a)(1) and 1956(h), and I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached. I have reviewed the original warrant issued by the Honorable James L. Cott, United States Magistrate Judge for the Southern District of New York, and have learned that it was executed after hours on Friday June 25, 2010. As a result, the original does not contain an assigned case number or stamp.

_____
Marco Trevino
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this ____ day of June, 2010.

_____
Jennifer C. Boal
United States Magistrate Judge

CR 12 (Rev. 5/03)

# WARRANT FOR ARREST

| United States District Court | DISTRICT<br><br>SOUTHERN DISTRICT OF NEW YORK | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEFENDANT #4,<br>a/k/a "Donald Howard Heathfield" | DOCKET NO. | MAGISTRATE'S CASE NO. |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>DEFENDANT #4,<br>a/k/a "Donald Howard Heathfield" | |
| WARRANT ISSUED ON THE BASIS OF: ☐ Order of Court<br>☐ Indictment   ☐ Information   X Complaint | DISTRICT OF ARREST | |
| TO: UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

---

### DESCRIPTION OF CHARGES

Conspiracy to Act as An Unregistered Agent of a Foreign Government
Conspiracy to Commit Money Laundering

---

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18 | SECTION<br>371, 1956 |
|---|---|---|

| BAIL | OTHER CONDITIONS OF RELEASE | |
|---|---|---|
| ORDERED BY | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE) | DATE ORDERED<br>6/25/10 |
| CLERK OF COURT | (BY) DEPUTY CLERK | DATE ISSUED |

---

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.