UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

         v.

DEFENDANT #4
A/K/A DONALD HOWARD HEATHFIELD
      Defendant

CRIMINAL CASE NO. 1:10-MJ-256-002

### APPOINTMENT OF FEDERAL DEFENDER

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of 06/28/10 to represent said defendant in this cause until further order of the Court.

SARAH ALLISON THORNTON,
Clerk of Court

07/01/2010      By: _(signature)_
Date                     Deputy Clerk